1  SAM WARE  Bar No. 105005
   ATTORNEY AT LAW
2  sam@samware.us
   700 Larkspur Landing Circle #199
3  Larkspur, CA  94939
   Telephone (415) 464-4872
4  Facsimile (415) 532-2412

5  Attorney for Plaintiff
   ISABEL ZUNIGA

6

7  SEDGWICK LLP
   REBECCA A. HULL  Bar No. 99802
8  rebecca.hull@sedgwicklaw.com
   333 Bush Street, 30th Floor
9  San Francisco, CA  94104
   Telephone: (415) 781-7900
10 Facsimile: (415) 781-2635

11 Attorneys for Defendants

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL ZUNIGA,<br><br>Plaintiff,<br><br>v.<br><br>Nordstrom Inc. Welfare Benefit Plan, Nordstrom Inc., METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. CV11-4136 JCS<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

Plaintiff Isabel Zuniga and defendants Metropolitan Life Insurance Company ("MetLife"), Nordstrom Inc. Welfare Benefit Plan ("Plan") and Nordstrom Inc. ("Nordstrom") by and through their respective counsel of record, hereby stipulate and agree that defendants MetLife, the Plan and Nordstrom each shall have to and including November 4, 2011 in which to respond to plaintiff's Complaint on file herein.

SF/2562875v1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

SO STIPULATED, AGREED, AND RESPECTFULLY SUBMITTED:

DATED: October 20, 2011            SAM WARE ATTORNEY AT LAW

By /s/ *Sam Ware*
    Sam Ware
    Attorneys for Plaintiff

DATED: October 20, 2011            SEDGWICK LLP


By: /s/ *Rebecca A. Hull*
    Rebecca A. Hull
    Attorneys for Defendants

Dated: 10/21/11

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SF/2562875v1

2

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT