UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ISABEL ZUNIGA,<br><br>   Plaintiff,<br><br> vs.<br><br>NORDSTROM INC. WELFARE BENEFIT PLAN, et al.,<br><br>   Defendants. | Case No: C 11-4136 SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

  The Court having been notified of the settlement of this action, see Dkt. 21, and it appearing that no issue remains for the Court's determination,

  IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 60 days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED.  All pending docket items shall be terminated.

  IT IS SO ORDERED.

Dated: October 18, 2012

              _____
               SAUNDRA BROWN ARMSTRONG
               United States District Judge